

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alexandra Camacho <br><br> **Plaintiff,** <br> V. <br> Andrew Saul, Commissioer of Social Security <br><br> **Defendant.** | Civil Action No.   19-cv-00756-RBB <br><br> **JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiff's motion for summary judgment, reversal or remand is DENIED and Defendant's cross-motion for summary judgment is GRANTED.

Date:   4/30/20

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ M. Exler

M. Exler, Deputy